UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    ROBERT ANGONE  
    COREY ANGONE  
        Debtor(s)

Case No. 08-23727

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/08/2008.

2) The plan was confirmed on 11/06/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/25/2009.

5) The case was dismissed on 03/05/2010.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $28,001.04.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,103.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $4,103.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,990.43 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $218.96 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,209.39

Attorney fees paid and disclosed by debtor: $930.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI/ VERIZON WIRELESS | Unsecured | 178.67 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA SERVICES | Unsecured | 42.40 | NA | NA | 0.00 | 0.00 |
| ASSOC PATHOLOGISTS OF JOLIET | Unsecured | 2.70 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 361.32 | NA | NA | 0.00 | 0.00 |
| BIPAN N GHAYANI MD | Unsecured | 156.10 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 5,347.92 | 5,686.46 | 5,686.46 | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 950.31 | 1,031.08 | 1,031.08 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 100.03 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 687.80 | 1,233.78 | 1,233.78 | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 179.90 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SVC | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 14,439.19 | 15,209.84 | 15,209.84 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 2,610.73 | 2,610.73 | 2,610.73 | 0.00 | 0.00 |
| EMERGENCY PHYSICIAN | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| GRUNDY COUNTY NATL BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| GRUNDY COUNTY NATL BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| HARRIS BANK CONSUMER LOAN CT | Secured | NA | NA | NA | 0.00 | 0.00 |
| HEARTLAND CARDIOVASCULAR CTR | Unsecured | 15.20 | NA | NA | 0.00 | 0.00 |
| HOME PAGES | Unsecured | 540.05 | NA | NA | 0.00 | 0.00 |
| HRRG | Unsecured | 20.10 | NA | NA | 0.00 | 0.00 |
| JOLIET DOCTORS CLINIC SC | Unsecured | 8.70 | NA | NA | 0.00 | 0.00 |
| KANKAKEE RADIOLOGY ASSOC SC | Unsecured | 68.50 | NA | NA | 0.00 | 0.00 |
| KANKAKEE UROLOGICAL ASSOC | Unsecured | 1,645.00 | NA | NA | 0.00 | 0.00 |
| KUTTY AHAMED MD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| M3 FINANCIAL SERVICES | Unsecured | 7,829.36 | NA | NA | 0.00 | 0.00 |
| MAZON STATE BANK | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| MBF LEASING LLC | Unsecured | 309.72 | 626.05 | 626.05 | 0.00 | 0.00 |
| MIDWEST OPERATING ENGINEERS C | Secured | 5,470.00 | 5,470.00 | 5,470.00 | 1,347.91 | 545.70 |
| MIDWEST OPERATING ENGINEERS C | Unsecured | NA | 1,000.75 | 1,000.75 | 0.00 | 0.00 |
| PATHOLOGY & LAB CONSULTANTS S | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS | Unsecured | 31.13 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PLANTATION BILLING CENTER | Unsecured | 14.40 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 837.21 | 959.36 | 959.36 | 0.00 | 0.00 |
| PROVENA HOME HEALTH | Unsecured | 1,011.82 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 315.70 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 2,866.32 | 3,776.69 | 3,776.69 | 0.00 | 0.00 |
| REVENUE CYCLE PARTNERS | Unsecured | 52.99 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE COMMUNITY HEALTH CT | Unsecured | 1,239.91 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE MEDICAL CENTER | Unsecured | 308.69 | NA | NA | 0.00 | 0.00 |
| SBC AMERITECH | Unsecured | 150.27 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 134.50 | 827.59 | 827.59 | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU | Unsecured | 1,068.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU | Unsecured | 3,341.38 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 46.60 | NA | NA | 0.00 | 0.00 |
| VISA | Unsecured | 2,557.07 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 224.65 | NA | NA | 0.00 | 0.00 |
| YATIN SHAH MD | Unsecured | 102.70 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,470.00 | $1,347.91 | $545.70 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,470.00** | **$1,347.91** | **$545.70** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,962.33** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,209.39 |
| Disbursements to Creditors | $1,893.61 |
| **TOTAL DISBURSEMENTS:** | **$4,103.00** |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/11/2010　　　　　　　　　　By: /s/ Glenn Stearns
　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**